IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15−cv−21857−KMW

CURT LAKE and EAN SIMS,

        Plaintiffs,

v.

WORLDWIDE TRANSPORTATION
SERVICES, INC., a Florida Corporation, and ALI
MALEK, individually

        Defendant.
_____/

## **PLAINTIFFS' STATEMENT OF CLAIM**

Pursuant to this Court's Notice of Court Practice in FLSA Cases [DE 4], Plaintiffs, Curt Lake and Ean Sims, by and through the undersigned counsel, hereby file this Statement of Claim setting forth their good faith estimate of their unpaid wages as follows:

**A) The Total Amount of Plaintiffs' Unpaid Wages**

    **1. Curt Lake**

Defendants owe Plaintiff CURT LAKE approximately $48,125.00 in unpaid overtime, not including liquidated damages or attorneys' fees.

    **2. Ean Sims**

Defendants owe Plaintiff EAN SIMS approximately $113,390.00 in unpaid overtime, not including liquidated damages or attorneys' fees.

**B) The Calculation of The Wages Described Above**

    **1. Curt Lake**

During the 100-week period between October 2012 and October 2014, Plaintiff CURT

LAKE customarily worked in excess of 40 hour per week but was never paid overtime for any hours worked in excess of 40 hours per week.  During this 100-week period, Mr. Lake averaged 75 hours per week at a regular rate of pay of approximately $27.50 per hour.  Thus, over this 100-week period, Mr. Lake worked approximately 3500 unpaid overtime hours.  For these 3500 hours, Defendants owe Plaintiff CURT LAKE at least an additional $13.75 per hour.  Therefore, for these 3500 hours, Defendants owe Plaintiff CURT LAKE approximately $48,125.00 in unpaid overtime.

2. **Ean Sims**

During the 115-week period between May 2012 and September 2014, Plaintiff EAN SIMS customarily worked in excess of 40 hour per week but was never paid overtime for any hours worked in excess of 40 hours per week.  During this 115-week period, Mr. Sims averaged 98 hours per week at a regular rate of pay of approximately $34.00 per hour.  Thus, over this 115-week period, Mr. Sims worked approximately 6670 unpaid overtime hours.  For these 6670 hours, Defendants owe Plaintiff EAN SIMS at least an additional $17.00 per hour.  Therefore, for these 6670 hours, Defendants owe Plaintiff EAN SIMS approximately $113,390.00 in unpaid overtime.

C) **The Nature of the Wages (Regular or Overtime)**

1. **Curt Lake**

The amounts set forth above represent unpaid overtime.

2. **Ean Sims**

The amounts set forth above represent unpaid overtime.

D) **The Amount of Attorneys' Fees Incurred to Date**

Plaintiffs' have incurred $7085.00 in attorneys' fees to date. The chart below sets forth the hours worked by each attorney on this matter, their hourly rate, and the total fees incurred to date:

| ATTORNEY | HOURS WORKED | HOURLY RATE | TOTAL |
|---|---|---|---|
| Neil D. Kodsi | 10.5 | $525.00 | $5512.50 |
| Gustavo A. Bravo | 3.7 | $425.00 | $1572.50 |

**TOTAL:   $7085.00**

E) **Charts Setting Forth Calculation of Unpaid Overtime Wages**

1. **Curt Lake**

| Overtime Hours Worked Per Week | Regular Rate of Pay for Hours Worked Per Week | Unpaid Overtime Per Week | Number of Weeks Worked Without Overtime Compensation | TOTAL UNPAID OVERTIME WAGES (unliquidated) |
|---|---|---|---|---|
| 35 (75 – 40) | $27.50 | $481.25 (35 x 27.5 / 2) | 100 | $48,125.00 |

2. **Ean Sims**

| Overtime Hours Worked Per Week | Regular Rate of Pay for Hours Worked Per Week | Unpaid Overtime Per Week | Number of Weeks Worked Without Overtime Compensation | TOTAL UNPAID OVERTIME WAGES (unliquidated) |
|---|---|---|---|---|
| 58 (98 – 40) | $34.00 | $986.00 (58 x 34 / 2) | 115 | $113,390.00 |

3

Based on the above conservative estimates, Plaintiffs are owed approximately $161,500.00 in unpaid overtime wages, plus an additional $161,500.00 as liquidated damages. Therefore, Plaintiff's total damages would be approximately $323,000.00, plus the $7085.00 in attorneys' fees incurred to date, plus attorneys' fees incurred in the future, prejudgment interest and costs. Plaintiffs reserve the right to modify their damages calculations as indicated above based on any additional information obtained during discovery.

Respectfully submitted:   June 8, 2015

></>
*/s/ Neil D. Kodsi*
NEIL D. KODSI, ESQUIRE
Florida Bar No. 0011255
Email: nkodsi@ndkodsilaw.com
THE LAW OFFICES OF NEIL D. KODSI
Two South University Drive, Suite 315
Plantation, FL 33324
Telephone: (786) 464-0841
Facsimile:  954-790-6722
Email:  nkodsi@ndkodsilaw.com
***Counsel for Plaintiffs, Curt Lake and Ean Sims***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of June, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and I also, pursuant to an agreement between counsel to accept service via electronic mail, sent a copy of the foregoing via electronic mail to Michael T. Landen, counsel for Defendants at MLanden@klugerkaplan.com.

*/s/ Neil D. Kodsi*
NEIL D. KODSI, ESQUIRE
Florida Bar No. 0011255
Email: nkodsi@ndkodsilaw.com
The Law Offices of Neil D. Kodsi
Two South University Drive, Suite 315
Plantation, FL 33324
Telephone: 786-464-0841
Facsimile:  954-790-6722
***Counsel for Plaintiff, Curt Lake and Ean Sims***

4